Ivey WILSON and Howard Wilson v. COMMONWEALTH of Kentucky.

Nov. 10, 1950.

Montgomery & Montgomery for movant.

A. E. Funk, Attorney General and Zeb A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.